No. 1027. El Pueblo, Apelado, *v.* García, Apelante.—Abandono de menores. San Juan, Sección 2.ª

No. 1031. El Pueblo, Apelado, *v.* Gorga, Apelante.—Acometimiento y agresión grave. San Juan, Sección 2.ª

No. 1032. El Pueblo, Apelado, *v.* Agosto, Apelante.—Hurto menor. Arecibo. Mayo 5, 1916. *Confirmadas las sentencias.*

---

No. 1439. Longo, Apelado, *v.* Díaz, Apelante.—Cobro de dinero. San Juan, Sección 1.ª Mayo 5, 1916. *Confirmada la sentencia.*

---

No. 1502. Laino, Apelado, *v.* Blondet et al., Apelantes.—Indemnización de daños y perjuicios. San Juan, Sección 1.ª Mayo 9, 1916. *Desestimada la apelación.*

---

No. 967. El Pueblo, Apelado, *v.* Encarnación, Apelante.—Acometimiento y agresión grave. Humacao.

No. 1028. El Pueblo, Apelado, *v.* Zengotita, Apelante.—Acometimiento con agravantes. Arecibo. Mayo 16, 1916. *Confirmadas las sentencias.*

---

No. 1056. Pieretti, etc., Apelada, *v.* Rivera, Apelante.—Filiación y alimentos. Ponce. Mayo 16, 1916. *Desestimada la apelación.*

---

No. 1042. El Pueblo, Apelado, *v.* Ochart, Apelante.—Calumnia e injuria. Guayama. Mayo 17, 1916. *Confirmada la sentencia.*